# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LANCE RIVERS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV162 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FATHER FLANAGAN'S BOYS HOME, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Status Report and Second Motion to Stay Proceedings (Filing No. 67). The plaintiff seeks a six month stay due to a personal incapacity to assist counsel in the preparation of the case. Counsel for the defendant informed the court he has no objection to the stay. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Status Report and Second Motion to Stay Proceedings (Filing No. 67) is granted.

2. All progression order and pending discovery deadlines are stayed until further order of the court.

3. Counsel for the plaintiff shall file a status report **on or before December 9, 2005.**

DATED this 8th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge