# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LANCE RIVERS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV162 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FATHER FLANAGAN'S BOYS HOME, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Status Report and Motion for Additional Stay of Proceedings (Filing No. 70). The plaintiff seeks an additional sixty-day stay due to medical problems and a personal incapacity to assist counsel in the preparation of the case. Counsel for the plaintiff states that at the end of such stay the plaintiff should either be able to proceed or move for the appointment of a guardian ad litem. The defendant has no objection to this stay, but states it will not agree to further stays. **See** Filing No. 71. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Stay All Proceedings (Filing No. 70) is granted.
2. All progression order and pending discovery deadlines are stayed for a period of sixty days from the date of the plaintiff's status report and motion.
3. **On or before February 13, 2006,** counsel for the plaintiff shall file a status report regarding the status of the case and be prepared to dismiss the case, proceed or file a motion for appointment of a guardian *ad litem*.

DATED this 15th day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge