### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LANCE RIVERS,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV162 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **FATHER FLANAGAN'S BOYS HOME,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court after a telephone conference with counsel for the parties on February 27, 2006.  Upon consideration,

**IT IS ORDERED:**

1. The stay of proceedings is lifted.

2. The plaintiff shall have to **on or before March 3, 2006,** to file a motion for appointment of a guardian *ad litem*.  The defendant shall have to **on or before March 17, 2006**, to file a response to the motion.  The plaintiff shall have to **on or before March 24, 2006**, to file a reply.

3. After resolution of the motion for appointment of a guardian *ad litem*, the court will hold a telephone planning conference to schedule progression of the case to trial.

DATED this 28th day of February, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge