**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **LANCE RIVERS,** | ) | **CASE NO. 8:03CV162** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **FATHER FLANAGAN'S BOYS HOME,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Stipulation of Dismissal Without Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation of Dismissal Without Prejudice (Filing No. 89) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this matter are dismissed without prejudice; and

3. The parties shall pay their own costs and attorney fees unless otherwise agreed by and between them.

DATED this 7th day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge